UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                       Case No. 05-cr-269-01-SM

Robert E. Rogers, II

O R D E R

Defendant's assented-to motion to continue the trial (document no. 8) is granted. Trial has been rescheduled for the July 2006 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than March 3, 2006. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation  taking into account the

exercise of due diligence under the circumstances.

       Final Pretrial Conference:  June 28, 2006 at 9:30 AM

       Jury Selection:  July 6, 2006 at 9:30 AM

       SO ORDERED.

February 23, 2006

_____
Steven J. McAuliffe
Chief Judge

cc:  Clyde Garrigan, Esq.
     Jonathan Saxe, Esq.
     U. S. Probation
     U. S. Marshal